# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3339

_____

SCOTT STETTIN,

Appellant,

v.

HOME DEPOT; and HELMSMAN
MANAGEMENT SERVICES, INC.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Daniel A. Lewis, Judge.

Date of Accident: May 30, 2021.

June 18, 2025

PER CURIAM.

AFFIRMED. *See Butler v. Bay Ctr./Chubb Ins. Co.*, 947 So. 2d 570, 573 (Fla. 1st DCA 2006) (quoting §440.13(2)(f), Fla. Stat.) ("[A] claimant must be currently receiving treatment by a physician before [he] may request a 'change.'").

LEWIS, BILBREY, and WINOKUR, JJ., concur.

*_____*

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

*_____*


Amy Sumacewski and Yunia DeMicco-Nadler of DeMicco-Nadler, LLC, Boca Raton, for Appellant.

David M. Havlicek of Goodman McGuffey LLP, Orlando, for Appellees.